|    |    |
|----|----|
|    | **UNITED STATES DISTRICT COURT** |
|    | **DISTRICT OF NEVADA** |

| | |
|---|---|
| BELLA LAYNE HOLDINGS, LLC, a Nevada limited liability company; GLOBAL PEST SERVICES, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN NEVADA WATER AUTHORITY, a political subdivision of the State of Nevada; LAS VEGAS VALLEY WATER DISTRICT; a political subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; DOE individuals I through X, inclusive; and ROE entities I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-00235-JCM-NJK<br>ORDER GRANTING<br>**STIPULATION TO EXTEND TIME**<br>**FOR DEFENDANTS TO RESPOND**<br>**TO PLAINTIFF'S COMPLAINT**<br>(Docket No. 9) |

IT IS HERBY STIPULATED that Defendants LAS VEGAS VALLEY WATER DISTRICT and SOUTHERN NEVADA WATER AUTHORITY ("Defendants"), have until June 3, 2021, to answer or otherwise respond to Plaintiff's complaint.

Good cause exists for this extension as both organizations for Defendants' only first became aware of the claims being made upon service of the complaint. Moreover, Defendants' employees are still working from home due to the COVID pandemic. Therefore, access to, and review of, relevant records and files requires additional coordination as does investigating the sites and facilities relating to the incidents alleged in the complaint. Counsel for the parties have also discussed potentially meeting prior to filing a response.

This document is being electronically filed through the Court's ECF System and Defendants' counsel attests that (1) the content of the document is acceptable to all persons required to sign it; (2) Plaintiff's counsel has concurred with the filing; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

LAS VEGAS VALLEY WATER DISTRICT

DATED: May 18, 2021

By: /s/ *Brent D. Gunson*
Gregory J. Walch, Esq.
General Counsel
Nevada Bar No. 4780
Brent D. Gunson, Esq.
Nevada Bar No. 8479
James E. Smyth, Esq.
Nevada Bar No. 6506
1001 South Valley View Blvd. MS #475
Las Vegas, Nevada 89153
*Attorneys for Las Vegas Valley Water District*

DATED: May 18, 2021

By: /s/ *Brent D. Gunson*
Gregory J. Walch, Esq.
General Counsel
Nevada Bar No. 4780
Brent D. Gunson, Esq.
Nevada Bar No. 8479
James E. Smyth, Esq.
Nevada Bar No. 6506
1001 South Valley View Blvd. MS #475
Las Vegas, Nevada 89153
*Attorneys for Southern Nevada Water Authority*

| | |
|---|---|
| | GREENBERG TRAURIG, LLP |
| DATED: May 18, 2021 | By: /s/ Jason K. Hicks<br>Mark E. Ferrario, Esq.<br>Nevada Bar No. 1625<br>Jason K. Hicks, Esq.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiffs* |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED, Defendant must answer or otherwise respond to Plaintiff's complaint on or before Thursday, June 3, 2021.

Dated: May 18, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2021