MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Fax:            (702) 792-9002
Email:  ferrariom@gtlaw.com
            hicksja@gtlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELLA LAYNE HOLDINGS, LLC, a Nevada limited liability company; GLOBAL PEST SERVICES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA WATER AUTHORITY, a political subdivision of the State of Nevada; LAS VEGAS VALLEY WATER DISTRICT; a political subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; DOE individuals I through X, inclusive; and ROE entities I through X, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-235-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANTS SOUTHERN NEVADA WATER AUTHORITY AND LAS VEGAS VALLEY WATER DISTRICT (ECF NO. 11)**<br><br>*First Request* |

Plaintiffs, Bella Layne Holdings, LLC, and Global Pest Services, LLC, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, and defendants Southern Nevada Water Authority ("SNWA") and Las Vegas Valley Water District ("LVVWD") submit this stipulation and request to extend time for plaintiffs to submit their response to the motion to dismiss filed by SNWA and LVVWD (ECF No. 11).  This stipulation and request is made and based upon the following:

1. Plaintiffs filed their complaint in this action on February 11, 2021.  ECF No. 1.

/ / /

*ACTIVE 58184356v2*

2. SNWA and LVVWD responded by filing a motion to dismiss on June 3, 2021. ECF No. 11. Plaintiffs' response to the motion to dismiss is presently due June 17, 2021. *Id.*

3. Due to competing caseload requirements, and as a matter of professional courtesy, SNWA and LVVWD have agreed to provide a two-week extension of time for plaintiffs to file their response.

4. Accordingly, the parties stipulate and request that the Court extend plaintiffs' deadline to oppose the motion to dismiss to **July 1, 2021**.

5. This is the first request for an extension of time. It is made in good faith and not for purposes of delay.

Dated this 15th day of June 2021

**GREENBERG TRAURIG, LLP**

*/s/ Jason K. Hicks*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

Dated this 15th day of June 2021

**LAS VEGAS VALLEY WATER DISTRICT**

*/s/ Brent Gunson*
GREGORY J. WALCH, ESQ.
Nevada Bar No. 4780
BRENT D. GUNSON, ESQ.
Nevada Bar No. 8479
JAMES E. SMYTH, ESQ.
Nevada Bar No. 6506
1001 S. Valley View Boulevard, MS #475
Las Vegas, Nevada 89153
*Attorneys for defendants Las Vegas Valley Water District and Southern Nevada Water Authority*

**ORDER**

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall have up to, and including, **July 1, 2021** to file a response to LVVWD's and SNWA's motion to dismiss (ECF No. 11).

IT IS SO ORDERED.

Dated: June 16, 2021.

UNITED STATES DISTRICT COURT JUDGE

ACTIVE 58184356v2