MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hicksja@gtlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELLA LAYNE HOLDINGS, LLC, a Nevada limited liability company; GLOBAL PEST SERVICES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA WATER AUTHORITY, a political subdivision of the State of Nevada; LAS VEGAS VALLEY WATER DISTRICT; a political subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; DOE individuals I through X, inclusive; and ROE entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-235-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANTS SOUTHERN NEVADA WATER AUTHORITY AND LAS VEGAS VALLEY WATER DISTRICT (ECF NO. 21) AND JOINDER THERETO BY DEFENDANT CITY OF NORTH LAS VEGAS (ECF NO. 22)**<br><br>*First Request* |

Plaintiffs Bella Layne Holdings, LLC and Global Pest Services, LLC, and defendants Southern Nevada Water Authority ("SNWA"), Las Vegas Valley Water District ("LVVWD"), and the City of North Las Vegas ("City"), by and through their respective counsel of record, submit this stipulation and request to extend time for plaintiffs to submit their response to the motion to dismiss filed by SNWA and LVVWD (ECF No. 21) and the joinder thereto (ECF No. 22) by the City. This stipulation and request is made and based upon the following:

Page **1** of **3**

*Error! Unknown document property name.*

1. Plaintiffs filed their amended complaint in this action on June 23, 2021. ECF No. 18.

2. SNWA and LVVWD responded by filing a motion to dismiss the first amended complaint on July 7, 2021. ECF No. 21. The City filed a joinder thereto on July 8, 2021. ECF No. 22. Plaintiffs' response to the motion to dismiss and joinder is presently due July 21, 2021. ECF No. 21.

3. Due to travel and availability issues, the parties have agreed to provide an extension of time for plaintiffs to file their response to the motion to dismiss and joinder.

4. Accordingly, the parties stipulate and request that the Court extend plaintiffs' deadline to oppose the motion to dismiss the first amended complaint and joinder thereto to **August 6, 2021**.

5. This is the first request for an extension of time as it relates to the present motion and joinder. It is made in good faith and not for purposes of delay.

| Dated this 14th day of July 2021 | Dated this 14th day of July 2021 |
|---|---|
| **GREENBERG TRAURIG, LLP** | **LAS VEGAS VALLEY WATER DISTRICT** |
| */s/ Jason Hicks* | */s/ Brent Gunson* |
| MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>JASON K. HICKS, ESQ.<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs* | GREGORY J. WALCH, ESQ.<br>Nevada Bar No. 4780<br>BRENT D. GUNSON, ESQ.<br>Nevada Bar No. 8479<br>JAMES E. SMYTH, ESQ.<br>Nevada Bar No. 6506<br>1001 S. Valley View Boulevard, MS #475<br>Las Vegas, Nevada 89153<br>*Attorneys for defendants Las Vegas Valley Water District and Southern Nevada Water Authority* |

Dated this 14th day of July 2021

**CITY OF NORTH LAS VEGAS**

*/s/ Christopher Craft*
MICAELA R. MOORE, ESQ.
Nevada Bar No. 9676
CHRISTOPHER D. CRAFT, ESQ.
Nevada Bar No. 7314
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, NV 89030
*Attorneys for defendant City of North Las Vegas*

*Error! Unknown document property name.*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

# ORDER

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall have up to, and including, **August 6, 2021** to file a response to LVVWD's and SNWA's motion to dismiss (ECF No. 21) and the City's joinder thereto (ECF No. 22).

Dated July 16, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

*Error! Unknown document property name.*