UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BELLA LAYNE HOLDINGS, LLC, et al., | Case No. 2:21-CV-235 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SOUTHERN NEVADA WATER AUTHORITY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bella Layne Holdings, LLC et al v. Southern Nevada Water Authority et al.*, case number 2:21-cv-00235-JCM-NJK.

On September 20, 2021, this court entered an order adjudicating several motions and dismissing all claims against both plaintiffs. (ECF No. 38). While the court dismissed all but the punitive damages claim without prejudice, in the over fourteen months since the issuance of that order, there has been no activity in this case. Thus, the court finds good cause to enter judgment and dismiss this case for want of prosecution. *See* LR 41-1.

Accordingly,

IT IS HEREBY ORDERED that the clerk shall enter judgment consistent with this court's order (ECF No. 38) and close the case.

DATED December 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**